# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS:

**326 Woodleaf Court**
**Glen Burnie, Maryland 21061**

SEARCH WARRANT

CASE NUMBER:

**13-0075SAG**

TO: DEA Task Force Officer Matthew Wires,
and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**326 Woodleaf Court, Glen Burnie, Maryland 21061**, further described as a duplex with white vinyl siding and green shutters. The residence has a white front door with a green trimmed glass storm door. The numbers "326" are located above the front door in black numbers. A red and white "Beware of Dog" sign is affixed to the glass storm door. A set of cement steps leads to the front door of the residence.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment C

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant, **without the need to, in advance, knock and announce their presence.**

YOU ARE HEREBY COMMANDED to search on or before 1/28/13
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

1/14/13 at Baltimore, Maryland
Date and Time Issued
11:12 am

_____
The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#13) AUSAs Carey/Smith

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13   0600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Anthony Seen |
| INVENTORY MADE IN THE PRESENCE OF   Anthony Seen | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
U.S Judge or Magistrate                              Date

## 326 Woodleaf Court Glen Burnie, MD 21061

## EVIDENCE

**PERSON (S)**
- P-1) Candice Jonaette kokalis DOB: 6-26-92. Located in basement in bed.
- P-2) Donald Preston Beach DOB: 06-18-93. Located in basement in bed.
- P-3) Anthony E. Seen DOB: 11-5-86. Top floor master bedroom in bed
- P-4) Ashley C. Seen DOB: 7-9-87 .Top floor master bedroom in bed

**KITCHEN (A)**

- A-1) Air rifle Ser# 04-1c-432412-12. located rear of refrigerator
- A-2) Document in name of Ashley Christine Seen. Located on refrigerator door
- A-3) Card in name of "Let Em loose Bail Bonds". Located on right side of refrigerator
- A-4) Note pad with names & numbers. Located on top of refrigerator

**LIVING ROOM (B)**

- B-5) Two sandwich baggies w/ CDS marijuana. Located on top of coffee table
- B-6) Clear jar w/ CDS marijuana. Located on top of coffee table
- B-7) Clear jar w/ CDS marijuana. Located on top of coffee table
- B-8) 3 documents in name of "let Em LooseBail Bonds 326 Woodleaf Ct. Located under coffee table
- B-9) Document in name of Ashley C. seen 36 Cedar Dr. Located under coffee table
- B-10) Wells Fargo checks in name of Ashley C. Seen 326 Woodleaf ct. Located under coffee table
- B-11) Document in name of Ashley Ward 326 Woodleaf Ct Located under coffee table
- B-12) Document-earnings statement Ashley Seen Located under coffee table
- B-13) BGE Bill document name of Anthony Seen 326 Woodleaf Ct Located under coffee table
- B-14) Photos of Anthony and Ashley Seen. Located under coffee table
- B-15) Document in name of Anthony Seen (State Police firearm) Under coffee table
- B-16) Document of marriage Anthony – Ashley Seen-Ward-Under coffee table
- B-17) Motorola cell phone -Under coffee table
- B-18) Total cell phone (black)-Under coffee table
- B-19) 4 documents in name of Ashley seen-Under coffee table
- B-20) 7 documents "Let EM Loose bail bonds".-Under coffee table
- B-21) Let Em Loose bail bonds LLC receipt book.-Under coffee table
- B-22) 2 documents 36 Cedar Dr Apt A Glen Burnie.- Under coffee table
- B-23) 2 boxes Remington 308 Winchester 40-cal. S/W.- under coffee table
- B-24) 1 gun magazine w/ 22 live rounds 40 cal. Ammo S/w.-Under coffee table
- B-25) 1 gun magazine w/29 live rounds 40 cal. s/w ammo.-Under coffee table
- B-26) 2 loose 40 cal. S/W ammo.- under coffee table
- B-27) 2 loose 40 cal. S/W ammo.-Under TV stand
- B-28) Remington .308 rifle model 700 S# G7174701.-To left of TV on floor
- B-29) PAPA 70 rifle 7.62 cal.w/ empty 30 round magazine Ser # 2APAP006388 .Left of TV on floor

**MASTER BED ROOM TOP FLOOR (C)**
C-30) Model JR carbine 9mm rifle Ser # JRCV031924.-Right side of bed
C-30-A) Full 31 magazine w/31 live rounds 9mm luger ammo.-In C-30

C-31) Glock 27 .40 cal. w/ one live round stuck in chamber.-Right side of bed on floor
C-31-A) Magazine w/9 live rounds of .40 cal. Ammo.-In C-31
C-32) One tan holster w/"Seen 164879" printed on back of holster.-Rt. Side bed in top of nightstand
C-33) Smith & Wesson .40 cal. Handgun Ser# MRB8379.-On top of safe Rt side of bed
C-33-A) 10 round magazine w/10live rounds.40 cal. S/W ammo.-In C-33
C-34) Tan holster w/"seen 172176" on back.- On top of safe
C-35) Glock 23 .40 cal handgun w/ light Ser# SBH369.-On top of safe
C-35-A) 12 round magazine w/ 12 live rounds .40 cal ammo.-In C-35
C-36) I-Phone orange & black.- Top of nightstand
C-37) LG cell phone –black .-Top of nightstand
C-38) LG black/purple cell phone.-Top of nightstand
C-39) I-Phone  4.- Top nightstand left side
C-40) I-Pad –black.- On floor
C-41) 4page latter from Ashley to Tony.-Behind tall dresser
C-42) Gold badge w-A-T-F # 928.- Top of safe
C-43) Address book w/ names /numbers. Top of safe
C-44) Document Ashley Ward 36 cedar Dr.-Top dresser drawer
C-45) Two documents name of Anthony Seen326 Woodleaf Ct.-Top dresser drawer
C-46) Document "Let Em Loose bail Bonds".-Top dresser drawer
C-47) large amount U.S. currency.- In safe **TOT Sgt. Barns DEA**

**BACK BEDROOM TOP FLOOR (SPARE) (D)**
D-48) Mossberg 12 Ga. shotgun ser # 4127-135.-Corner of room
D-48-A) 3 live 12 Ga. Shotgun rounds.-In D-48
D-49) Remington model 700 rifle w/ scope Ser# G6958716.-Corner of room
D-50) SKS rifle w/scope ser# 10283066.-Corner of room
D-51) Camo rifle 1200 ser# 04-1C-227194-12.-Corner of room
D-52) Ruger 77-17 w/scope rifle ser# 703-22717.-Corner of room
D-53) Winchester model 290 w/scope ser# B815400.-Corner of room
D-54) Rug Blu rifle w/scope ser# AGR C000107.-Corner of room
D-54-A) 30 round .223 magazine w/30 live rounds.-Corner of room
D-55) Horton Bow Ser# E67689.- Center of room on floor
D-56) Bear cross bow Ser#A0022478.-Center of room on floor
D-57) Black compound bow Ser# 217478.-Center of room on floor
D-58) Barnett wildcat cross bow SER# MF00487.-Center of room on floor
D-59)24 Winchester 12 ga. Belt with ammo.-Center of room on floor
D-60) 20 round magazine (empty).-Center of room on floor
D-61) Colt M-4 carbine rifle SER# LE121153.Center of room on floor
D-61-A) 30 round magazine w/30 live rounds.In D-61
D-62) Smith & Wesson MSP-15 w/ scope SER# 44932.-Center of room on floor
D-63) Double magazine w/60 live rounds .223ammo.-Center of room with D-62
D-64) 4 boxes .223 ammo 74 live rounds ammo.-Center of room on floor
D-65) DPNS painter Armes .308 rifle model LR308 SER# DP 009604 w/scope.- Center of room on floor
D-66) 2 magazines w/21 live rounds of .308 ammo.-With D-65 in case
D-67) Winchester model 290 w/scope SER#  B1070187.-Center of room on floor
D-68) 37 MM Launcher SER# STZ-HAVOC.-Center of room on floor
D-69) Document "Anthony Seen 36 cedar Dr "Tower Federal Bank" Center of room on floor
D-70) Document "Anthony Seen" Comcast.-Center of room on floor
D-71) Remington .308 Winchester ammo 6 boxes120 live rounds ammo

On floor in room
D-72) 1 black box w/250 17Ga V-max ammo.-On floor in room
D-73) Black box w/ 7.62 rounds 28 boxes-560 total rounds.-On floor in room
D-74) 42 boxes of PMC x-tac rifle ammo5.56 total 840 rounds.-On floor in ammo box
D-75) Black ammo box cont. 59 boxes of PMC x-tac rifle ammo.-On floor in room
D-76) One box cont several 9mm Remington live rounds.-On floor in room
D-77) 1 box 308 Winchester live rounds.-On floor in room
D-78) 1 box 20 live rounds Remington 30-06 .-On floor in room
D-79) 2 boxes live rounds Winchester .40cal S/W =200 rounds.-On floor in room
D-80) 1 box Remington 22 golden bullet.-On floor in room
D-81) 1 box Remington 22 long rifle ammo.-On floor in room
D-82) 23 boxes 5.56 M193 ammo =500 rounds .-on floor in room
D-83) 25 boxes of 5.56 M195 ammo =500 rounds.-On floor in room
D-84) Box cont. 10 boxes of 22 long rifle ammo.-On floor in room
D-85) 1 box cont. 26 boxes PMC .223 Remington rounds -520 rounds.-On floor in room
D-86) Loose various ammo.-On floor in room
D-87) 1 box cont. 50 boxes 7.62 live rounds-On floor in room
D-88) 5 magazines w/30 rounds (40) live rounds of 223 ammo.-On floor in room
D-89) 3 empty magazines.-On floor in room
D-90) 1 magazine w/10 live rounds of 7.62 ammo.-On floor in room
D-91) 5 boxes .40 S/W ammo =250 rounds.-On floor in room
D-92) 2 boxes 12 gauge buck shot ammo.-On floor in room
D-93) 2 boxes 9mm luger ammo =40 total.-On floor in room
D-94) 2 boxes max .40 cal S/W =40 rounds.-On floor in room
D-95) Box .40 cal. S/W 165 grain ammo =100 rounds.-On floor in room
D-96) 1 case 22 cal. Ammo 29 grain =100.- On floor in room
D-97) 1 box H-zombie 12 ga. shot gun shells.-On floor in room
D-98) 1 box 9mm luger ammo.-On floor in room
D-99) 1 box .40 cal S/W ammo =50rounds.-On floor in room
D-100) 1 box 9mm luger ammo =50 rounds.-On floor in room
D-101) 2 boxes .308 Winchester 168 grain =40.-On floor in room
D-102) 27 boxes zombie max 40 cal. S/W ammo =140.-On floor in room
D-103) 6 magazines for handgun/rifle-empty.-On floor in room
D-104) 4 empty magazines.-On floor in room
D-105) Large black scale.-On floor in room
D-106) Box of documents –checks/deposit slips for "Let Em Loose Bail Bonds"
     On floor in room
D-107) I-pad black case.-On floor in room

**BASEMENT BEDROOM AREA (E)**
E-108) Remington shotgun model 1100 Ser # W974751V.-Rear of TV on floor
E-109) HK MP5 .22 Rifle w/scope Ser# Hk008537.-On floor
E-110) 60 live rounds of .22 cal.- On floor
E-111) Box Winchester s shotgun shells (66) .-Nightstand next to bed
E-112) I-phone blue/black.-Nightstand next to bed
E-113) Black HTC cell phone.-Nightstand next to bed
E-114) Sprint cell phone.-Nightstand next to bed
E-115) Let Em Loose Bail Bonds Badge.-On Desk top
E-116) Special Agent ID "Donald P. Beach".-On desk top
E-117) Special Agent ID "Donald P. Beach".-In wallet on desk top
E-118) U.S. currency $ 185.00.-In wallet of Donald Beach

E-119) U.S. currency $ 540.00.-Top left dresser drawer
E-120) 19 9mm luger ammo.-In box next to TV
E-121) 9 live rounds shotgun shells.-In box next to TV
E-122) one box of 22 long rifle ammo.-In box next to TV
E-123) Cameo bullet proof vest.-Next to TV
E-124) 3 boxes of empty sandwich baggies.-Next to TV
E-125) Game stop bag containing/ 4 large Baggies of CDS marijuana.-Next to TV
E-126) One receipt book for "Let Em Loose Bail Bonds".-On desk top
E-127) Two documents in name of Donald Beach. -On desk top
E-128) Two documents w/ names & numbers.-On desk top
E-131) Two documents name of Candice kokalis.-Basement step area

**MISCULANIOUS JEWELRY (F)**

F-130) Misc. jewelry   **TOT Sgt. Barns DEA**

1). 1 silver bracelet w/ stone **TOT Sgt. Barns DEA**
2). 1 silver bracelet w/ stone **TOT Sgt. Barns DEA**
3). 1 hemp pennant necklace w/ stone **TOT Sgt. Barns DEA**
4). 1 pearl ring **TOT Sgt. Barns DEA**
5). 1 pearl like necklace w/ matching earrings **TOT Sgt. Barns DEA**
6). 1 bulova silver watch w/ stones, female watch **TOT Sgt. Barns DEA**
7). 1 silver bulova male watch **TOT Sgt. Barns DEA**
8). 1 bulouva black watch w/ stones **TOT Sgt. Barns DEA**
9). 1 mavado black mens watch **TOT Sgt. Barns DEA**
10).1 movado gray & pink female watch **TOT Sgt. Barns DEA**

**V        1999 jeep TL MD 3AN-8997 (TOT Howard Co. PD)**

V-129) Two boxes Remington spent shotgun shells.-In rear of vehicle